1  STUEVE SIEGEL HANSON LLP
2  Jason M. Lindner (SBN No. 211451)
   550 West C Street, Suite 610
3  San Diego, California 92101
   Phone: (619) 400-5822
4  Fax: (619) 400-5832

5  STUEVE SIEGEL HANSON LLP
6  George A. Hanson (MO Bar #43450)
   Eric L. Dirks (MO Bar #54921)
7  460 Nichols Road, Suite 200
   Kansas City, MO 64112
8  Tel: (816) 714-7100
   Fax: (816) 714-7101
9  *Attorneys for Plaintiff*

10

11                 **UNITED STATES DISTRICT COURT**

12        **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

13  SHAUNETTA EDDINGS, individually          Case No. 10-CV-01744 JST (MANx)
14  and on behalf of a class of similarly
    situated individuals,                    **DECLARATION OF JASON M.**
15                                           **LINDNER IN SUPPORT OF**
                        Plaintiff,           **MOTION FOR APPROVAL OF**
16                                           **CLASS NOTICE**
    v.
17                                           Date: April 4, 2011
18  HEALTH NET, INC.; HEALTH NET             Time: 10:00 a.m.
    OF CALIFORNIA, INC.; HEALTH              Judge: Hon. Josephine Staton Tucker
19  NET FEDERAL SERVICES, LLC.;
    MANAGED HEALTH NETWORK,
20  INC.; HEALTH NET OF THE
    NORTHEAST, INC.; HEALTH NET
21  PHARMACEUTICAL SERVICES,
    INC.,
22
                        Defendants.
23

24

25

26        I, Jason M. Lindner, declare and state as follows:

27
                                    1
28

1.    I am a member of the law firm of Stueve Siegel Hanson LLP, counsel for Plaintiff Shaunetta Eddings.  I submit this declaration in support of Plaintiff's Motion for Approval of Class Notice.

2.    On February 28, 2011, I sent an email to counsel for Defendants, requesting that we meet and confer on March 2, 2011 regarding the form of class notice in accordance with this Court's Order.  I also stated that I would circulate a proposed form of notice in advance of that conference.

3.    On March 1, 2011, I emailed to Defendants' counsel two proposed forms of class notice, one to be sent to California putative class members regarding both the FLSA collective action and the Federal Rule 23 class, and one to be sent to putative FLSA class members outside of California.  True and correct copies of those proposed notices are attached to this Declaration as Exhibits A and B, respectively.

4.    On March 2, 2011, the parties met and conferred telephonically regarding the proposed form of class notice.  At that conference, Defendants' counsel raised several issues they had regarding the proposed form of notice.  Those issues included their contention that they should not have to produce class member information for putative plaintiffs in the FLSA class; that the Court had inadvertently ordered an incorrect class period for the FLSA action; that Plaintiff's proposed notice period was too long; that the notice should not contain a heading reflecting the District Court for the Central District of California; that the contact section should provide information for Defendants' counsel; and other revisions to language and formatting.  They also agreed to provide a redlined version of the class notice with their proposed changed.  A true and correct copy of an email from Tina Tran to Jason Lindner, dated March 3, 2011, is attached to this Declaration as Exhibit C, stating Defendants' position on these issues.

2

5.      Attached to this Declaration as Exhibit D is a true and correct copy of the Example Employment Discrimination Class Action Certification: Full Notice promulgated by the Federal Judicial Center at www.fjc.gov.

6.      On March 7, 2011, the day the proposed notice was due to this Court, Defendants' counsel emailed versions of the class notices to me with their suggested changes in redline format.  A true and correct copy of that email, along with their versions of the class notice containing their proposed changes, is attached to this Declaration as Exhibit E.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 7th day of March, 2011, at San Diego, California.

/s Jason M. Lindner
JASON M. LINDNER

DECL. OF JASON LINDNER IN SUPP. OF MOT.
FOR APPROVAL OF CLASS NOTICE
Case No. 10-cv-1744 JST (MANx)

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

## If you are or were a Customer Service Representative employed by Health Net within the last four years, please read this notice.  A class action lawsuit may affect your legal rights.

*A federal court authorized this notice.  This is not a solicitation from a lawyer.*

- Customer Service Representatives have sued Health Net, Inc. and its subsidiaries (collectively referred to herein as "Health Net") claiming that Health Net failed to pay all of the wages owed to them. Health Net denies that it has improperly paid any current or former employees, and denies that any current or former employees are entitled to any additional compensation or other relief.

- The Court has certified two classes of Customer Service Representatives:

  ➢ **The Federal Law Class:** An "opt-in" class for unpaid overtime under the federal Fair Labor Standards Act ("FLSA") defined as "all customer service representatives who worked in Health Net's call centers nationwide within the last four years."

  ➢ **The State Law Class:** An "opt-out" class under California state law for failure to pay straight-time wages, failure to pay overtime wages, failure to pay all compensation due and owing at termination, failure to provide accurate wage statements, and unfair competition, defined as "all current and former customer service representatives who worked at Health Net's California call centers within the last four years."

- The Court has not decided who is right and who is wrong. Your legal rights may be affected and you are now entitled to make a choice whether to participate in one or both of the classes.

- Please note you have a right to participate in both the federal and the state law class actions, or you can choose not to participate in one or either.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **IF YOU WANT TO PARTICIPATE IN THE FEDERAL LAW CLASS** | If you want to be included in the Federal Law Class, then you must complete the "Consent to Join" form at the end of this Notice and return it by [90 days from notice].<br><br>If you choose to be included in this class, you keep the possibility of getting money or benefits that may come from a trial or a settlement of the federal law claims, and you give up any rights to separately sue Health Net about the same legal claims in this lawsuit.<br><br>You will only be included in the Federal Law Class if you timely submit a Consent to Join form. If you do not timely submit a Consent to Join form, you will not be included in the Federal Law Class. |
| **IF YOU WANT TO PARTICIPATE IN THE STATE LAW CLASS** | If you want to participate in the California State Law Class, then you do not need to do anything. You will automatically be included in the State Law Class unless you timely file an "Opt-Out" form.<br><br>If you choose to be included in the California State Law Class, you keep the possibility of getting money or benefits that may come from a trial or a settlement of the California state law claims, and you give up any rights to separately sue Health Net about the same legal claims in this lawsuit under California state law.<br><br>If you do not want to participate or be included in the California State Law Class, then you must complete the "Opt-Out" form at the end of this Notice and return it by [90 days].<br><br>By mailing in the "Opt-Out" form, you give up the possibility of getting money or benefits that may come from a trial or settlement of the California state law claims. You keep any rights to sue Health Net separately about the same legal claims in this lawsuit, but the limitations period on your claim continues to run. |

| | |
|---|---|
| **IF YOU WANT TO PARTICIPATE IN BOTH CLASSES** | In order to be included in the Federal Law Class, you must complete the "Consent to Join" form at the end of this Notice and return it by [90 days]. This is the only form you must submit to be included in both classes. To participate in the California State Law Class, you do not need to do anything. You will automatically be included in the State Law Class unless you timely file an "Opt-Out" form. |
| | If you choose to be included in both classes, you keep the possibility of getting money or benefits that may come from a trial or a settlement of both the state and federal law claims, and you give up any rights to separately sue Health Net about the same legal claims in this lawsuit. |
| **IF YOU DO NOT WANT TO PARTICIPATE IN THIS CASE AT ALL** | If you do not want to participate in this case at all, then you must complete the "Opt-Out" form at the end of this Notice and return it by [90 days], and do not submit a Consent to Join form. |
| | By mailing in the "Opt-Out" form and not submitting a Consent to Join form, you give up the possibility of getting money or benefits that may come from a trial or settlement of any of the claims in this lawsuit. You keep any rights to sue Health Net separately about the same legal claims in this lawsuit, but the limitations period on your clam continues to run. |

- Your options are explained in this notice. **The deadline for mailing in either the "Consent to Join" or "Opt-Out" forms at the end of this Notice is [90 days].**

- Depending on what you choose to do, you will be notified about how to ask for a share if money or benefits are obtained from Health Net either through a trial or settlement.

## This notice contains information that affects your rights.  Please read it carefully.

**1.      Why did I get this notice?**

Health Net's records show that you currently or previously worked for Health Net as a Customer Service Representative. This notice explains that the Court has allowed, or "certified" a class action lawsuit that may affect you. You have legal rights and options that you may exercise before the Court holds a trial. A trial may be necessary to decide whether the claims being made against Health Net are correct. The Honorable Josephine Staton Tucker, a Judge in the United States District Court for the Central District of California is overseeing this lawsuit. The lawsuit is known as *Eddings v. Health Net, Inc., et al.*,, Case No. CV 10-1744-JST (MANx).

**2.      What is this lawsuit about?**

This lawsuit is about whether Health Net failed to properly pay its Customer Service Representatives for the time that they worked.

**3.      What is a class action and who is involved?**

In a class action lawsuit, one or more persons sue on behalf of other people who have similar claims. All employees who decide to participate in the case are a "Class" or "Class Members." The Customer Service Representative who sued – and all of the Class Members like her – are called Plaintiffs.  Health Net and its subsidiaries are called Defendants.  One court resolves the issues for everyone.

**4.      What is Health Net's position?**

Health Net denies that it has improperly paid any current or former employees, and denies that any current or former employees are entitled to any additional compensation or other relief.

**5.      Has the Court decided who is right?**

The Court has not decided whether Health Net or the Plaintiffs are correct. By establishing the Class and issuing

the Notice, the Court is not suggesting that the Plaintiffs will win or lose the case.

### 6.     What are the Plaintiffs asking for?

Plaintiffs are seeking to recover unpaid wages and overtime. Plaintiffs also seek monetary penalties under California law for failure to pay all compensation due and owing at termination, and failure to provide accurate wage statements. Plaintiffs also seek restitution of the amounts owed under California's unfair competition laws.  Plaintiffs also seek recovery of costs and attorneys' fees.

### 7.     Can I join this lawsuit?

If you were employed by Health Net as a Customer Service Representative in the last four years, you are eligible to join this lawsuit. Both current and former employees are eligible to join.

### 8.     I'm still not sure if I am included.

If you are still not sure whether you are included or what you need to do, you can get free help by calling or writing the lawyers in this case, at the phone number or address listed below.

### 9.     What happens if I choose not to participate in this lawsuit?

If you choose not to participate in this lawsuit, you will not be affected by any ruling, judgment or settlement rendered in this case, whether favorable or unfavorable. You will not be entitled to share any amounts recovered by Plaintiffs as part of this lawsuit. You also will be free to independently retain your own counsel and file your own individual lawsuit, subject to any defenses that might be asserted.

You should be aware that FLSA claims are typically limited to a two or three-year statute of limitations, and delay in joining this action, or proceeding separately, may result in some or all of your federal claims expiring as a matter of law. You should also be aware that the California claims are limited to a four-year statute of limitations, and declining to participate in this lawsuit by opting out, or proceeding separately, may result in some or all of your claims expiring as a matter of law.

### 10.     What happens if I participate in the lawsuit?

If you choose to fully participate in this lawsuit, you will be bound by any ruling, settlement or judgment, whether favorable or unfavorable. You will also be bound by, and will share in, any settlement that may be reached on behalf of the class. By joining this lawsuit, you designate the named Plaintiffs, to the fullest extent possible, to make decisions on your behalf concerning the case, the method and manner of conducting the case, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, the approval of settlements, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into will be binding on you if you join the lawsuit. While this suit is pending, you may be required to provide information, appear for a deposition or at trial, or otherwise participate in the action. You are also permitted to attend any hearings in this matter.

### 11.     Where do I send the forms at the end of this Notice and what is the deadline?

If you choose to participate **only in the federal FLSA class** in this lawsuit, **you must sign and promptly return both the "Consent to Join Form" and the "Opt-Out Form."** An addressed and postage paid envelope is enclosed for your convenience.

If you choose to participate in **both the federal FLSA class and the state law class**, you must sign and promptly return the "Consent to Join Form", but **do not return** the Opt-Out Form.

If you choose to participate only in the state law class in this lawsuit, **you do not need to send in either Form.** Should the enclosed envelope be lost or misplaced, the form you choose must be sent to:

**Health Net Litigation**
**Stueve Siegel Hanson LLP**
**460 Nichols Road, Suite 200**
**Kansas City, Missouri 64112**

The signed Consent to Join form must be postmarked by **[90 days]. If your signed Consent to Join Form is not postmarked by [90 days], you will not participate in any FLSA recovery obtained against Health Net**

in this lawsuit.

## 12. Do I have a lawyer in this case?

If you choose to join this lawsuit you will be represented by George A. Hanson, Eric L. Dirks, and Jason M. Lindner of Stueve Siegel Hanson LLP.

## 13. Should I get my own lawyer?

If you choose to be a member of either or both of the classes, you do not need to hire your own lawyer for those claims because Plaintiffs' counsel will be working on your behalf. If you want your own lawyer, you may have to pay that lawyer and will have to file your own separate lawsuit.

## 14. How will the lawyers be paid?

The named Plaintiffs have entered into a contingency fee agreement with Plaintiffs' counsel, which means that if you do not win, there will be no attorneys' fees or costs chargeable to you. Under the fee agreement, in the event there is a recovery, Plaintiffs' counsel will receive a percentage of any settlement obtained or money judgment entered in favor of all members of the class. The Court may also be asked to determine the amount of fees. The fees may be part of a settlement obtained or money judgment entered in favor of Plaintiffs, or may be ordered by the Court to be separately paid by Health Net, or may be a combination of the two.

## 15. How will I get paid?

If you choose to become a member of a class, and if the Plaintiffs obtain money or benefits as a result of the trial or a settlement, you will be notified of your entitlement to recovery and how to obtain it.

## 16. Are there more details available?

Yes. If you have any questions or require additional information, please contact any of the following individuals:

George A. Hanson, Attorney
Eric L. Dirks, Attorney
**Stueve Siegel Hanson LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
866-668-9241

Jason M. Lindner, Attorney
**Stueve Siegel Hanson LLP**
550 West C Street, Suite 600
San Diego, CA 92101
619-400-5822

1

## IN THE UNITED STATES DISTRICT COURT

2

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

## WESTERN DIVISION

4

5     SHAUNETTA EDDINGS, individually          Case No. 10-CV-01744 JST (MANx)
      and on behalf of a class of similarly
6     situated individuals,                     **CONSENT TO JOIN**
                              Plaintiff,
7

8     v.

9     HEALTH NET, INC.; HEALTH NET
      OF CALIFORNIA, INC.; HEALTH
10    NET FEDERAL SERVICES, LLC;
      MANAGED HEALTH NETWORK,
11    INC.; HEALTH NET OF THE
      NORTHEAST, INC.; HEALTH NET
12    PHARMACEUTICAL SERVICES,
      INC.,
13

14                            Defendants.

15

16        I WANT TO JOIN THIS LAWSUIT pending in the United States District

17    Court for the Central District of California, No. 10-CV-01744 JST (MANx). I

18    understand that this lawsuit seeks unpaid overtime compensation that may be owed

19    to me and that by joining this lawsuit I will become a plaintiff. While the suit is

20    proceeding, I may be required to respond to written questions, produce documents,

21    give deposition testimony, and/or testify in Court. By joining this lawsuit, I

22    designate Shaunetta Eddings as my representative, and to the fullest extent possible,

23    to make decisions on my behalf concerning the case, the method and manner of

24    conducting the case, the entering of an agreement with Plaintiffs' counsel regarding

25    payment of attorneys' fees and court costs, the approval of settlements, and all other

26    matters pertaining to this lawsuit. I understand that while I have the right to choose

27    other counsel and to pursue my claims on my own behalf, I choose to be

28

represented by Class Counsel from Stueve Siegel Hanson LLP, and other attorneys with whom they may associate.

_____

SIGNATURE

DATED: _____

_____

[Please print your name on the line above]

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SHAUNETTA EDDINGS, individually and on behalf of a class of similarly situated individuals,<br><br>                Plaintiff,<br><br>v.<br><br>HEALTH NET, INC.; HEALTH NET OF CALIFORNIA, INC.; HEALTH NET FEDERAL SERVICES, LLC; MANAGED HEALTH NETWORK, INC.; HEALTH NET OF THE NORTHEAST, INC.; HEALTH NET PHARMACEUTICAL SERVICES, INC.,<br><br>                Defendants. | Case No. 10-CV-01744 JST (MANx)<br><br>**OPT-OUT FORM FOR CALIFORNIA STATE LAW CLAIMS** |

I wish to opt-out of the state law class. I understand that by mailing in this "Opt-Out" form, I give up the possibility of getting money or benefits that may come from a trial or settlement of the California state law claims. I understand that I may be able keep any rights to sue Health Net separately about the state law claims in this lawsuit, but the limitations period on my claim continues to run. I understand that any separate lawsuit undertaken by me will be undertaken at my own expense and my own risk. By opting out, I understand that counsel for the class will not represent my interests.

_____
SIGNATURE

DATED: _____


_____
[Please print your name on the line above]

# EXHIBIT B

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

## If you are or were a Customer Service Representative employed by Health Net during the last four years, please read this notice. A class Action lawsuit may affect your legal rights.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- Customer Service Representatives have sued Health Net, Inc. and its subsidiaries (collectively referred to herein as "Health Net") claiming that Health Net failed to pay all of the wages owed to them. Health Net denies that it has improperly paid any current or former employees, and denies that any current or former employees are entitled to any additional compensation or other relief.

- The Court has conditionally certified a collective action for unpaid overtime under the federal Fair Labor Standards Act ("FLSA"). The class of plaintiffs is defined as "all customer service representatives who worked in Health Net's call centers nationwide within the last four years."

- An additional class has been certified under California state law for "all current and former customer service representatives who worked at Health Net's California call centers within the last four years." **You are receiving this nationwide-only notice because Health Net's records indicate that you worked in one of its call centers, but not in California.** If this is in error, and you worked in a Health Net's call center in California, please contact one of the attorneys listed below and we will provide you with a notice related to the California class action.

- The Court has not decided who is right and who is wrong. Your legal rights may be affected and you are now entitled to make a choice whether to participate in one or both of the classes.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **ASK TO BE INCLUDED** | If you want to be included in the class, then you must complete the "Consent to Join" form at the end of this Notice and return it by [90 days from notice]. |
| | If you choose to be included in the class, you keep the possibility of getting money or benefits that may come from a trial or a settlement, and you give up any rights to separately sue Health Net about the same legal claims in this lawsuit. |
| | You will only be included in the class if you timely submit a Consent to Join form. If you do not submit a Consent to Join form, you will not be included in the class. |
| **DO NOTHING** | If you do nothing, you keep any rights you may have to sue Health Net separately about the same legal claims in this lawsuit, but the statute of limitations continues to run and your potential claims will not be included in the lawsuit maintained by the named Plaintiff(s). |

- Your options are explained in this notice. **The deadline for mailing in the "Consent to Join" at the end of this Notice is [90 days].**

- If you timely join this class, you will be notified if money or benefits are obtained from Health Net either through a trial or settlement.

## This notice contains information that affects your rights. Please read it carefully.

**1.      Why did I get this notice?**

Health Net's records show that you currently or previously worked for Health Net as a Customer Service Representative. This notice explains that the Court has allowed, or "conditionally certified" a collective action lawsuit that may affect you. You have legal rights and options that you may exercise before the Court holds a trial. A trial may be necessary to decide whether the claims being made against Health Net are correct. The Honorable Josephine Staton Tucker, a Judge in the United States District Court for the Central District of California is overseeing this lawsuit. The lawsuit is known as *Eddings v. Health Net, Inc., et al.,*, Case No. CV 10-1744-JST (MANx).

**2.      What is this lawsuit about?**

This lawsuit is about whether Health Net failed to properly pay its Customer Service Representatives for the time that they worked.

**3.      What is a collective action and who is involved?**

In a collective action lawsuit, one or more people sue on behalf of other people who they believe have similar claims.  All employees who decide to participate in the case are "Class Members."  The Customer Service Representative who sued – and all of the Class Members like her – are called Plaintiffs.  Health Net and its subsidiaries are called Defendants.  One court resolves the issues for everyone who decides to join the case.

**4.      What is Health Net's position?**

Health Net denies that it has improperly paid any current or former employees, and denies that any current or former employees are entitled to any additional compensation or other relief.

**5.      Has the Court decided who is right?**

The Court has not decided whether Health Net or the Plaintiffs are correct. By establishing the Class and issuing the Notice, the Court is not suggesting that the Plaintiffs will win or lose the case.

**6.      What are the Plaintiffs asking for?**

Plaintiffs are seeking to recover unpaid overtime. Plaintiffs also seek recovery of costs and attorneys' fees.

**7.      Can I join this lawsuit?**

If you were employed by Health Net as a Customer Service Representative in the last four years, you are eligible to join this lawsuit. Both current and former employees are eligible to join.

**8.      I'm still not sure if I am included.**

If you are still not sure whether you are included or what you need to do, you can get free help by calling or writing the lawyers in this case, at the phone number or address listed below.

**9.      What happens if I choose not to participate in this lawsuit?**

If you choose not to participate in this lawsuit, you will not be affected by any ruling, judgment or settlement rendered in this case, whether favorable or unfavorable. You will not be entitled to share any amounts recovered by Plaintiffs as part of this lawsuit. You also will be free to independently retain your own counsel and file your own individual lawsuit, subject to any defenses that might be asserted.

You should be aware that FLSA claims are typically limited to a two or three-year statute of limitations, and delay in joining this action, or proceeding separately, may result in some or all of your federal claims expiring as a matter of law.

**10.     What happens if I fully participate in the lawsuit?**

If you choose to fully participate in this lawsuit, you will be bound by any ruling, settlement or judgment, whether favorable or unfavorable. You will also be bound by, and will share in, any settlement that may be reached on behalf of the class. By joining this lawsuit, you designate the named Plaintiffs, and to the fullest extent possible, to make decisions on your behalf concerning the case, the method and manner of conducting the case, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs,

Page 2 of 4

the approval of settlements, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into will be binding on you if you join the lawsuit. While this suit is pending, you may be required to provide information, appear for a deposition or at trial, or otherwise participate in the action. You are also permitted to attend any hearings in this matter.

**11.     How do I ask the Court to include me in the case?**

If you choose to participate in the class, **you must sign and promptly return the "Consent to Join Form."** An addressed and postage paid envelope is enclosed for your convenience.

Should the enclosed envelope be lost or misplaced, your form must be sent to:

**Health Net Litigation**
**Stueve Siegel Hanson LLP**
**460 Nichols Road, Suite 200**
**Kansas City, Missouri 64112**

The signed Consent to Join form must be postmarked by **[90 days]. If your signed Consent to Join Form is not postmarked by [90 days], you will not participate in any recovery obtained against Health Net in this lawsuit.**

**12.     Do I have a lawyer in this case?**

If you choose to join this lawsuit you will be represented by George A. Hanson, Eric L. Dirks, and Jason M. Lindner of Stueve Siegel Hanson LLP.

**13.     Should I get my own lawyer?**

If you choose to be a member of the class, you do not need to hire your own lawyer for those claims because Plaintiffs' counsel will be working on your behalf. If you want your own lawyer, you may have to pay that lawyer and will have to file your own separate lawsuit.

**14.     How will the lawyers be paid?**

The named Plaintiffs have entered into a contingency fee agreement with Plaintiffs' counsel, which means that if you do not win, there will be no attorneys' fees or costs chargeable to you. Under the fee agreement, in the event there is a recovery, Plaintiffs' counsel will receive a percentage of any settlement obtained or money judgment entered in favor of all members of the class. The Court may also be asked to determine the amount of fees. The fees may be part of a settlement obtained or money judgment entered in favor of Plaintiffs, or may be ordered by the Court to be separately paid by Health Net, or may be a combination of the two.

**15.     How will I get paid?**

If you choose to become a member of the class, and if the Plaintiffs obtain money or benefits as a result of the trial or a settlement, you will be notified of your entitlement to recovery and how to obtain it.

**16.     Are there more details available?**

Yes. If you have any questions or require additional information, please contact any of the following individuals:

George A. Hanson, Attorney
Eric L. Dirks, Attorney
**Stueve Siegel Hanson LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
866-668-9241

Jason M. Lindner, Attorney
**Stueve Siegel Hanson LLP**
550 West C Street, Suite 600
San Diego, CA 92101
619-400-5822

1

## IN THE UNITED STATES DISTRICT COURT

2

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

## WESTERN DIVISION

4

5 | SHAUNETTA EDDINGS, individually | Case No. 10-CV-01744 JST (MANx)
and on behalf of a class of similarly
6 | situated individuals, | **CONSENT TO JOIN**

7 |                                             Plaintiff,

8 | v.

9 | HEALTH NET, INC.; HEALTH NET
OF CALIFORNIA, INC.; HEALTH
10 | NET FEDERAL SERVICES, LLC;
MANAGED HEALTH NETWORK,
11 | INC.; HEALTH NET OF THE
NORTHEAST, INC.; HEALTH NET
12 | PHARMACEUTICAL SERVICES,
INC.,
13 |

14 |                                             Defendants.

15

16          I WANT TO JOIN THIS LAWSUIT pending in the United States District

17 Court for the Central District of California, No. 10-CV-01744 JST (MANx). I

18 understand that this lawsuit seeks unpaid overtime compensation that may be owed

19 to me and that by joining this lawsuit I will become a plaintiff. While the suit is

20 proceeding, I may be required to respond to written questions, produce documents,

21 give deposition testimony, and/or testify in Court. By joining this lawsuit, I

22 designate Shaunetta Eddings as my representative, and to the fullest extent possible,

23 to make decisions on my behalf concerning the case, the method and manner of

24 conducting the case, the entering of an agreement with Plaintiffs' counsel regarding

25 payment of attorneys' fees and court costs, the approval of settlements, and all other

26 matters pertaining to this lawsuit. I understand that while I have the right to choose

27 other counsel and to pursue my claims on my own behalf, I choose to be

28

represented by Class Counsel from Stueve Siegel Hanson LLP, and other attorneys with whom they may associate.

SIGNATURE

DATED: _____

[Please print your name on the line above]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

**Glover, Tina**

| | |
|---|---|
| **From:** | Spencer, Susan [sspencer@orrick.com] on behalf of Tran, Tina [ttran@orrick.com] |
| **Sent:** | Thursday, March 03, 2011 12:45 PM |
| **To:** | Lindner, Jason |
| **Cc:** | Tran, Tina |
| **Subject:** | Eddings v. Health Net |

Jason:  To recap our meet and confer conference yesterday afternoon regarding the notices of the class and collective actions in the *Eddings* matter:

   1.    We discussed whether the collective action period, as described in the notice, should be three years or four years. Health Net's position is that the Court inadvertently misspoke in extending the action back four years, because, as you know, the statute of limitations for FLSA wage claims is two years for non-willful violations of the statute and three years for willful violations.  Therefore, as a matter of law, the collective action period can be at most three years.  Plaintiff's position is that the Court ordered the four-year period and therefore it should remain as such.  However, you agreed to discuss this issue with your colleagues.

2.    We discussed whether the names and addresses of both the California Rule 23 class members and the FLSA collective action members should be produced to you. Health Net's position is that the California Rule 23 class members are automatically included in the class and must opt out of the class if they wish to pursue their own claims, so it makes sense that plaintiff would have access to their names and addresses. However, the collective action group must opt in to the class, and thus their names and addresses should be private information until they do so.  We thus believe it is appropriate to request that the Court reconsider its order in this regard.  Plaintiff's position is that the Court ordered the production of the names and addresses of both the Rule 23 class and the FLSA collective action members, and thus the Defendants must produce this information.  You were willing to consider, however, a third party administrator sending the notices to the FLSA collective action members, if Health Net was willing to pay the cost of doing so.  We have discussed this issue and Health Net does not believe it should bear the burden of this cost.

3.    We discussed whether the amount of time given the Rule 23 class and the FLSA collective action members, to opt out and opt in respectively, should be 90 days, which is the Plaintiff's position. Health Net's position is that 45 days is sufficient time.  We both agreed to consider a compromise of 60 days.  Health Net has considered this and is willing to accept the compromise of 60 days.

4.    We discussed the heading on both of the notices, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA.  It is Health Net's position that this heading improperly implies that the notice is coming from the Court. You believed that it came from some template for such notices and you were going to look into this further.

5.    Regarding the third bullet point on the first page of the collective action notice, regarding the California class:  We discussed a revision of this bullet and placement as the last bullet point on that page.  We agree with this revision.

6.    We discussed whether an Orrick attorney should be added as a party from whom a class or collective action member could ask for further details.  Health Net's position is that it is one-sided to list only the Plaintiff's attorneys.  You were going to discuss this with your colleagues.

   Please let me know immediately if the above is not your recollection of our meet and confer session.

   We will send you our redlines of the draft notices that you sent us.

   - Tina

**ORRICK**
Tina M. Tran, Esq.
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 612-2393

Fax: (213) 612-2499
E-mail: **ttran@orrick.com**

=========================================================

IRS Circular 230 disclosure: To ensure compliance with requirements
imposed by the IRS, we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not intended or
written to be used, and cannot be used, for the purpose of (i) avoiding
tax-related penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any tax-related matter(s)
addressed herein.

=========================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY
THE INTENDED RECIPIENT OF THE TRANSMISSION, AND
MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU
RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE,
DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US
IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

=========================================================

**DoubleCheck** identified this as **CLEAN**. Give feedback: This is SPAM • More

# EXHIBIT D

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF STATE

# If you are a woman and are or were employed by MNO, a class action lawsuit may affect your rights.

*A court authorized this notice. This is not a solicitation from a lawyer.*

- Female employees have sued MNO, Inc., alleging discrimination against women.

- The Court has allowed the lawsuit to be a class action on behalf of all women employed by MNO as account executives at any time from June 6, 1996, through July 15, 2003.

- The Court has not decided whether MNO did anything wrong.  There is no money available now, and no guarantee there will be.  However, your legal rights are affected, and you have a choice to make now:

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **DO NOTHING** | **Stay in this lawsuit.  Await the outcome.  Give up certain rights.** <br> By doing nothing, you keep the possibility of getting money or benefits that may come from a trial or a settlement.  But, you give up any rights to sue MNO separately about the same legal claims in this lawsuit. |
| **ASK TO BE EXCLUDED** | **Get out of this lawsuit.  Get no benefits from it.  Keep rights.** <br> If you ask to be excluded and money or benefits are later awarded, you won't share in those.  But, you keep any rights to sue MNO separately about the same legal claims in this lawsuit. |

- Your options are explained in this notice.  To ask to be excluded, you must act before **Month 00, 0000.**

- Lawyers must prove the claims against MNO at a trial set to start Month 00, 0000.  If money or benefits are obtained from MNO, you will be notified about how to ask for a share.

- **Any questions? Read on and visit www.mnoclassaction.com.**

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**................................................  PAGE 3
   1.  Why did I get this notice?
   2.  What is this lawsuit about?
   3.  What is a class action and who is involved?
   4.  Why is this lawsuit a class action?

**THE CLAIMS IN THE LAWSUIT**..........................................  PAGE 4
   5.  What does the lawsuit complain about?
   6.  How does MNO answer?
   7.  Has the Court decided who is right?
   8.  What are the Plaintiffs asking for?
   9.  Is there any money available now?

**WHO IS IN THE CLASS**.................................................  PAGE 5
   10.  Am I part of this Class?
   11.  Which current and former employees are included?
   12.  Are any women who worked at MNO not included in the Class?
   13.  I'm still not sure if I am included.

**YOUR RIGHTS AND OPTIONS**...........................................  PAGE 6
   14.  What happens if I do nothing at all?
   15.  Why would I ask to be excluded?
   16.  How do I ask the Court to exclude me from the Class?

**THE LAWYERS REPRESENTING YOU**...................................  PAGE 7
   17.  Do I have a lawyer in this case?
   18.  Should I get my own lawyer?
   19.  How will the lawyers be paid?

**THE TRIAL**..........................................................  PAGE 7
   20.  How and when will the Court decide who is right?
   21.  Do I have to come to the trial?
   22.  Will I get money after the trial?

**GETTING MORE INFORMATION**.........................................  PAGE 8
   23.  Are more details available?

# BASIC INFORMATION

**1. Why did I get this notice?**

MNO's records show that you currently work, or previously worked, for MNO, Inc. This notice explains that the Court has allowed, or "certified," a class action lawsuit that may affect you. You have legal rights and options that you may exercise before the Court holds a trial. The trial is to decide whether the claims being made against MNO, on your behalf, are correct. Judge Jane Jones of the United States District Court for the District of State is overseeing this class action. The lawsuit is known as *Johnson, et al., v. MNO, Inc.*, Civil Action No. CV-00-1234.

**2. What is this lawsuit about?**

This lawsuit is about whether MNO discriminated against female account executives based on their gender, by making it harder for them to advance in their careers. More information about federal laws prohibiting job discrimination can be found at the website of the <u>U.S. Equal Employment Opportunity Commission</u>, www.eeoc.gov.

**3. What is a class action and who is involved?**

In a class action lawsuit, one or more people called "Class Representatives" (in this case Mary Johnson and Louise Smith) sue on behalf of other people who have similar claims. The people together are a "Class" or "Class Members." The women who sued—and all the Class Members like them—are called the Plaintiffs. The company they sued (in this case MNO, Inc.) is called the Defendant. One court resolves the issues for everyone in the Class—except for those people who choose to exclude themselves from the Class.

**4. Why is this lawsuit a class action?**

The Court decided that this lawsuit can be a class action and move towards a trial because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts. Specifically, the Court found that:

- There are more than 90,000 women who are or were employed by MNO as account executives;
- There are legal questions and facts that are common to each of them;
- Mary Johnson's and Louise Smith's claims are typical of the claims of the rest of the Class;
- Ms. Johnson, Ms. Smith, and the lawyers representing the Class will fairly and adequately represent the Class' interests;
- The common legal questions and facts are more important than questions that affect only individuals; and
- This class action will be more efficient than having many individual lawsuits.

More information about why the Court is allowing this lawsuit to be a class action is in the <u>Court's Order Certifying the Class</u>, which is available at www.mnoclassaction.com.

# THE CLAIMS IN THE LAWSUIT

**5.  What does the lawsuit complain about?**

In the lawsuit, the Plaintiffs say that MNO discriminated against women account executives.  They claim that these women received less pay than men in similar jobs.  They also say that MNO made promotions to account supervisor positions more difficult for women because they had to demonstrate greater achievements than men.  You can read the Plaintiffs' Class Action Complaint at www.mnoclassaction.com.

**6.  How does MNO answer?**

MNO denies that it did anything wrong and says that opportunities for hiring and promotion are equally available to women and men.  MNO says that its policies are clear and that they neither allow, nor condone, discrimination against women.  MNO says that women advanced as often as men, and that greater achievements are not necessary for women to qualify for a promotion.  MNO's Answer to the Complaint is also at the website.

**7.  Has the Court decided who is right?**

The Court hasn't decided whether MNO or the Plaintiffs are correct.  By establishing the Class and issuing this Notice, the Court is not suggesting that the Plaintiffs will win or lose this case.  The Plaintiffs must prove their claims at a trial starting Month 00, 0000.  (See "The Trial" below on page 7.)

**8.  What are the Plaintiffs asking for?**

The Plaintiffs are asking for changes in MNO's policies to ensure that women are treated fairly and equally in the workplace.  They want MNO's policies to say that discrimination based on gender is banned.  The Plaintiffs also want lost wages and money for emotional distress for Class Members.

**9.  Is there any money available now?**

No money or benefits are available now because the Court has not yet decided whether MNO did anything wrong, and the two sides have not settled the case.  There is no guarantee that money or benefits ever will be obtained.  If they are, you will be notified about how to ask for a share.

# WHO IS IN THE CLASS

You need to decide whether you are affected by this lawsuit.

| 10. Am I part of this Class? |
| --- |

Judge Jones decided that all women who were employed by MNO, Inc. as account executives (full time or part time) at any time from June 6, 1996, through July 15, 2003, are Class Members.  She also specified that "temp" employees and independent contractors are *not* part of the class.  See question 12 below.

| 11. Which current and former employees are included? |
| --- |

Former employees are in the Class as long as they were employed by MNO any time from June 6, 1996, through July 15, 2003.  If you were hired after July 15, 2003—even if you are a current employee—you are not included.  In other words, these women are included:

- **Women account executives currently employed by MNO who were hired on or before July 15, 2003.**
- **Women account executives no longer employed by MNO but who were employed by MNO any time from June 6, 1996, through July 15, 2003.**

| 12. Are any women who worked at MNO not included in the Class? |
| --- |

If you *worked at* MNO during the time period in question 10, but you were not directly *employed by* MNO, you are NOT a Class Member.  Think about whether you were paid for your work at MNO by a temporary staffing service or an independent contractor for MNO.  If so, you were not employed by MNO.  If you were later hired by MNO after a temporary period, you may be part of the Class as long as MNO hired you on or before July 15, 2003.

| 13. I'm still not sure if I am included. |
| --- |

If you are still not sure whether you are included, you can get free help at www.mnoclassaction.com, or by calling or writing to the lawyers in this case, at the phone number or address listed in question 23.

# YOUR RIGHTS AND OPTIONS

You have to decide whether to stay in the Class or ask to be excluded before the trial, and you have
to decide this now.

### 14. What happens if I do nothing at all?

You don't have to do anything now if you want to keep the possibility of getting money or benefits
from this lawsuit. By doing nothing you are staying in the Class. If you stay in and the Plaintiffs
obtain money or benefits, either as a result of the trial or a settlement, you will be notified about how
to apply for a share (or how to ask to be excluded from any settlement). Keep in mind that if you do
nothing now, regardless of whether the Plaintiffs win or lose the trial, you will not be able to sue, or
continue to sue, MNO—as part of any other lawsuit—about the same legal claims that are the subject
of this lawsuit. This means that if you do nothing, you may only be able to sue for gender
discrimination that occurred *before* June 6, 1996 or occurs *after* July 15, 2003 only. You will also be
legally bound by all of the Orders the Court issues and judgments the Court makes in this class
action.

### 15. Why would I ask to be excluded?

If you already have your own gender discrimination lawsuit against MNO and want to continue with
it, you need to ask to be excluded from the Class. If you exclude yourself from the Class—which
also means to remove yourself from the Class, and is sometimes called "opting-out" of the Class—
you won't get any money or benefits from this lawsuit even if the Plaintiffs obtain them as a result of
the trial or from any settlement (that may or may not be reached) between MNO and the Plaintiffs.
However, you may then be able to sue or continue to sue MNO for employment discrimination that
occurred or occurs at any time. If you exclude yourself, you will not be legally bound by the Court's
judgments in this class action.

If you start your own lawsuit against MNO after you exclude yourself, you'll have to hire and pay
your own lawyer for that lawsuit, and you'll have to prove your claims. If you do exclude yourself
so you can start or continue your own lawsuit against MNO, you should talk to your own lawyer
soon, because your claims may be subject to a statute of limitations.

Note that if you exclude yourself from this lawsuit and you are currently employed by MNO, any
changes made to MNO's policies about the treatment of women would still apply to you.

### 16. How do I ask the Court to exclude me from the Class?

To ask to be excluded, you must send an "Exclusion Request" in the form of a letter sent by mail,
stating that you want to be excluded from *Johnson v. MNO*. Be sure to include your name and
address, and sign the letter. You must mail your Exclusion Request postmarked by **Month 00, 0000,**
to: Johnson v. MNO Exclusions, P.O. Box 0000, City, ST 00000-0000. You may also get an
Exclusion Request form at the website, www.mnoclassaction.com.

# THE LAWYERS REPRESENTING YOU

**17. Do I have a lawyer in this case?**

The Court decided that the law firms of Lawfirm One, LLP, of City, ST, and Lawfirm Two, P.C., of City, ST, are qualified to represent you and all Class Members.  Together the law firms are called "Class Counsel."   They are experienced in handling similar cases against other employers.  More information about these law firms, their practices, and their lawyers' experience is available at www.lawfirmone.com and www.lawfirmtwo.com.

**18. Should I get my own lawyer?**

You do not need to hire your own lawyer because Class Counsel is working on your behalf.  But, if you want your own lawyer, you will have to pay that lawyer.  For example, you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

**19. How will the lawyers be paid?**

If Class Counsel get money or benefits for the Class, they may ask the Court for fees and expenses.  You won't have to pay these fees and expenses.  If the Court grants Class Counsels' request, the fees and expenses would be either deducted from any money obtained for the Class or paid separately by MNO.

# THE TRIAL

The Court has scheduled a trial to decide who is right in this case.

**20. How and when will the Court decide who is right?**

As long as the case isn't resolved by a settlement or otherwise, Class Counsel will have to prove the Plaintiffs' claims at a trial.  The trial is set to start on Tuesday, Month 00, 0000, in the United States District Court for the District of State, 100 Court Street, City, State, in Courtroom 1.   During the trial, a Jury or the Judge will hear all of the evidence to help them reach a decision about whether the Plaintiffs or Defendant are right about the claims in the lawsuit.  There is no guarantee that the Plaintiffs will win, or that they will get any money for the Class.

**21. Do I have to come to the trial?**

You do not need to attend the trial.  Class Counsel will present the case for the Plaintiffs, and MNO will present the defenses.  You or your own lawyer are welcome to come at your own expense.

**22. Will I get money after the trial?**

If the Plaintiffs obtain money or benefits as a result of the trial or a settlement, you will be notified about how to participate.  We do not know how long this will take.

## GETTING MORE INFORMATION

**23. Are more details available?**

Visit the website, www.mnoclassaction.com, where you will find the Court's Order Certifying the Class, the Complaint that the Plaintiffs submitted, the Defendant's Answer to the Complaint, as well as an Exclusion Request form.  You may also speak to one of the lawyers by calling 1-000-000-0000, or by writing to: MNO Class Action, P.O. Box 000, City, ST 00000-0000.

DATE:  MONTH 00, 0000.

# EXHIBIT E

## Glover, Tina

| | |
|---|---|
| **From:** | DuBose, Mary K. [mdubose@orrick.com] |
| **Sent:** | Monday, March 07, 2011 1:03 PM |
| **To:** | Lindner, Jason |
| **Cc:** | Tran, Tina |
| **Subject:** | Drafts of Redlined Notices |
| **Attachments:** | 261100606(1)_Health_Net_Class_Notice_Nationwide_Only (2).DOC; 261100713(1)_Health_Net_Class_Notice_California.DOC |

Jason:  Attached are the redlines of the notices.  We have not heard from the Court, so we should talk this afternoon about filing something today.  Please give either Tina or me a call.  Thanks!--Mary

**MARY K. DUBOSE**
Attorney

ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL
SUITE 3000
SACRAMENTO CA 95814-4497
tel 916-329-4911
fax 916-329-4900
email mdubose@orrick.com
www.orrick.com

=========================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

=========================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
=========================================================

**DoubleCheck** identified this as **CLEAN**. Give feedback: This is SPAM · More

1

~~UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA~~

NOTICE OF LAWSUIT

**If you are or were a Customer Service Representative employed by Health Net during the last ~~four~~three years, please read this notice.  A c~~ollectiveless~~ a~~A~~ction lawsuit may affect your legal rights.**

*~~A federal court authorized this notice.  This is not a solicitation from a lawyer.~~*

- A Customer Service Representative, Shaunetta Eddings, has ~~have~~ sued Health Net, Inc. and its subsidiaries (collectively referred to herein as "Health Net") claiming that due to Health Net's rounding system for timekeeping, Health Net failed to pay all of the wages owed to ~~her~~them.  Ms. Eddings claims, in her lawsuit, to represent all current and former customer service representatives who were employed by Health Net at any time during the past three years.  Health Net denies that its rounding system resulted in improper payment to ~~has improperly paid~~ any current or former employees, and denies that any current or former employees are entitled to any additional compensation or other relief.

- The Court has conditionally certified a collective action for unpaid overtime due to Health Net's system of rounding, under the federal Fair Labor Standards Act ("FLSA").  The conditionally certified class ~~of plaintiffs is~~ is defined as "all customer service representatives who worked in Health Net's call centers nationwide within the last ~~four~~three years."

- ~~An additional class has been certified under California state law for "all current and former customer service representatives who worked at Health Net's California call centers within the last four years."  You are receiving this nationwide-only notice because Health Net's records indicate that you worked in one of its call centers, but not in California.  If this is in error, and you worked in a Health Net's call center in California, please contact one of the attorneys listed below and we will provide you with a notice related to the California class action.~~

- The Court has not decided who is right and who is wrong. Your legal rights may be affected and you are now entitled to make a choice whether to participate in ~~one or both of~~the collective action~~lass~~es.

- You are receiving this nationwide-only notice because Health Net's records indicate that you worked in one of its call centers, but not in California.  If this is in error, and you worked in a Health Net call center in California, please contact one of the attorneys listed below and we will provide you with a notice related to the California class action.

| | **YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT** |
|---|---|
| **ASK TO BE INCLUDED** | If you want to be included in the collective action~~less~~, then you must complete the "Consent to Join" form at the end of this Notice and return it by [~~90~~60 days from date of mailing of notice].<br><br>If you choose to be included in the collective action~~less~~, you have~~keep~~ the possibility of receiving~~getting~~ money or benefits that may come from a trial or a settlement if the Court decides that it is appropriate for this case to proceed as a collective action, and you give up any rights to separately sue Health Net about the same legal claims in this lawsuit.<br><br>If you timely submit a Consent to Join form, your continued right to participate in this action will depend upon a later decision by the Court that you and the named Plaintiff are "similarly situated" in accordance with applicable laws, and that it is appropriate for this case to proceed as a collective action. ~~You will only be included in the class if you timely submit a Consent to Join form.~~ If you do not submit a Consent to Join form, you will not be included in the collective action~~less~~ if the Court determines that it is appropriate for this case to proceed as a collective action. |

Page 1 of 4

| **DO NOTHING** | If you do nothing, you keep any rights you may have to sue Health Net separately about the same legal claims in this lawsuit, but the statute of limitations continues to run and your potential claims will not be included in the lawsuit maintained by the named Plaintiff(s). · |
|---|---|

- Your options are explained in this notice. **The deadline for mailing in the "Consent to Join" at the end of this Notice is [~~9360~~ days from the date of mailing of the notice].**
- If you timely join this collective action~~lass~~, you will be notified if money or benefits are obtained from Health Net either through a trial or settlement.

### This notice contains information that affects your rights.  Please read it carefully.

**1.    Why did I get this notice?**

Health Net's records show that you currently or previously worked for Health Net as a Customer Service Representative. This notice explains that the Court has allowed, or "conditionally certified" a collective action lawsuit that may affect you. You have legal rights and options that you may exercise before the Court holds a trial. A trial may be necessary to decide whether the claims being made against Health Net are correct. The Honorable Josephine Staton Tucker, a Judge in the United States District Court for the Central District of California, is overseeing this lawsuit. The lawsuit is known as *Eddings v. Health Net, Inc., et al.*,; Case No. CV 10-1744-JST (MANx).

**2.    What is this lawsuit about?**

This lawsuit is about whether Health Net's rounding system resulted in failure ~~failed~~ to properly pay its Customer Service Representatives for the time that they worked.

**3.    What is a collective action and who is involved?**

In a collective action lawsuit, one or more people sue on behalf of other people who they believe have similar claims. All persons~~employees~~ who decide to participate in the case are "Class Members." The Customer Service Representative who sued, Shaunetta Eddings, and each person who joins the lawsuit ~~and all of the Class Members like her~~ are is called a Pplaintiffs. Health Net and its subsidiaries are called Defendants. One court resolves the issues for everyone who decides to join the case.

**4.    What is Health Net's position?**

Health Net denies that it has improperly paid any current or former employees, and denies that any current or former employees are entitled to any additional compensation or other relief.

**5.    Has the Court decided who is right?**

The Court has not decided whether Health Net or the Plaintiffs is~~are~~ correct. By conditionally certifying this collective action and authorizing the issuance of~~establishing the Class and issuing~~ the Nnotice, the Court is not suggesting that the Plaintiffs will win or lose the case.

**6.    What are is the Plaintiffs asking for?**

Plaintiffs is~~are~~ seeking to recover unpaid overtime. Plaintiffs also seeks recovery of costs and attorneys' fees.

**7.    Can I join this lawsuit?**

If you were employed by Health Net as a Customer Service Representative during~~in~~ the last ~~four~~three years, you are eligible to join this lawsuit. Both current and former employees are eligible to join.

**8.      I'm still not sure if I am included.**

If you are still not sure whether you are included or what you need to do, you can get free help by calling or writing the lawyers in this case, at the phone number or address listed below.

**9.      What happens if I choose not to participate in this lawsuit?**

If you choose not to participate in this lawsuit, you will not be affected by any ruling, judgment or settlement rendered in this case, whether favorable or unfavorable. If any amounts are recovered by Plaintiff as part of this lawsuit, ~~You~~ you will not be entitled to share ~~any amounts recovered by Plaintiffs as part of this lawsuit~~ in them. You also will be free to independently retain your own counsel and file your own individual lawsuit, subject to any defenses that might be asserted.

You should be aware that FLSA claims are typically limited to a two- or three-year statute of limitations, and delay in joining this action, or proceeding separately, may result in some or all of your federal claims expiring as a matter of law.

**10.     What happens if I fully participate in the lawsuit?**

If you choose to fully participate in this lawsuit, you will be bound by any ruling, settlement or judgment, whether favorable or unfavorable. You will also be bound by, and will share in, any settlement that may be reached on behalf of the class. By joining this lawsuit, you designate the named Plaintiff, Shaunetta Edding~~s~~s, ~~and to the fullest extent possible,~~ to make all decisions on your behalf concerning the case, including but not limited to the method and manner of conducting the case, the entering of an agreement with Plaintiff's~~'~~ counsel regarding payment of attorneys' fees and court costs, the approval of settlements, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into will be binding on you if you join the lawsuit. While this suit is pending, you may be required to provide information, appear for a deposition or at trial, or otherwise participate in the action. You are also permitted to attend any hearings in this matter.

**11.     How do I ask the Court to include me in the case?**

If you choose to participate in the collective action~~less~~, **you must sign and promptly return the "Consent to Join Form."** An addressed and postage paid envelope is enclosed for your convenience.

Should the enclosed envelope be lost or misplaced, your form must be sent to:

**Health Net Litigation**
**Stueve Siegel Hanson LLP**
**460 Nichols Road, Suite 200**
**Kansas City, Missouri 64112**

The signed Consent to Join form must be postmarked by [9~~5~~0 days from date of mailing]. **If your signed Consent to Join Form is not postmarked by [9~~5~~0 days from date of mailing], you will not participate in any recovery obtained against Health Net in this lawsuit.**

**12.     Do I have a lawyer in this case?**

If you choose to join this lawsuit you will be represented by George A. Hanson, Eric L. Dirks, and Jason M. Lindner of Stueve Siegel Hanson LLP.

**13.     Should I get my own lawyer?**

If you choose to be a member of the conditionally certified class, you do not need to hire your own lawyer for those claims because Plaintiff's~~'~~ counsel will be working on your behalf. If you want your own lawyer, you may have to pay that lawyer and will have to file your own separate lawsuit.

**14.     How will the lawyers be paid?**

The named Plaintiff has~~s have~~ entered into a contingency fee agreement with Plaintiff's~~'~~ counsel, which means that if the Court determines that it is appropriate for this case to proceed as a collective action, and Plaintiff~~you~~ do~~es~~ not win the case, there will be no attorneys' fees or costs chargeable to you. Under the fee agreement, in the event there is a recovery, Plaintiff's~~'~~ counsel will seek to receive a percentage of any settlement obtained or money judgment entered in favor of all members of the class. The Court may also be asked to determine the

amount of fees. The fees may be part of a settlement obtained or money judgment entered in favor of Plaintiffs, or may be ordered by the Court to be separately paid by Health Net, or may be a combination of the two.

**15.     How will I get paid?**

If you choose to become a member of the collective action class, and if the Plaintiffs obtains money or benefits as a result of the trial or a settlement, you will be notified of your entitlement to recovery and how to obtain it.

**16.     Are there more details available?**

Yes. If you have any questions or require additional information, please contact any of the following individuals:

Attorneys representing the Plaintiff:

George A. Hanson, Attorney          Jason M. Lindner, Attorney
Eric L. Dirks, Attorney              **Stueve Siegel Hanson LLP**
**Stueve Siegel Hanson LLP**          550 West C Street, Suite 600
460 Nichols Road, Suite 200          San Diego, CA 92101
Kansas City, MO 64112                619-400-5822
866-668-9241

Attorney representing Health Net:

        Tina M. Tran

        Orrick, Herrington & Sutcliffe

        777 South Figueroa Street, Suite 3200

        Los Angeles, CA  60017

        213-629-2020


*A federal court authorized this notice.  This is not a solicitation from a lawyer. Please do NOT contact the Court for further information.*

1

2

3

4

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SHAUNETTA EDDINGS, individually and on behalf of a class of similarly situated individuals,<br><br>              Plaintiff,<br><br>v.<br><br>HEALTH NET, INC.; HEALTH NET OF CALIFORNIA, INC.; HEALTH NET FEDERAL SERVICES, LLC; MANAGED HEALTH NETWORK, INC.; HEALTH NET OF THE NORTHEAST, INC.; HEALTH NET PHARMACEUTICAL SERVICES, INC.,<br><br>              Defendants. | Case No. 10-CV-01744 JST (MANx)<br><br>**CONSENT TO JOIN** |

I WANT TO JOIN THIS LAWSUIT pending in the United States District Court for the Central District of California, No. 10-CV-01744 JST (MANx). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. While the suit is proceeding, I may be required to respond to written questions, produce documents, give deposition testimony, and/or testify in Court. By joining this lawsuit, I designate Shaunetta Eddings as my representative, and to the fullest extent possible, to make decisions on my behalf concerning the case, the method and manner of conducting the case, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, the approval of settlements, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I instead

choose to be represented by Class Counsel from Stueve Siegel Hanson LLP, and other attorneys with whom they may associate.

_____

SIGNATURE

DATED: _____

_____

[Please print your name on the line above]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

~~UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA~~

<u>NOTICE OF LAWSUIT</u>

**If you are or were a Customer Service Representative employed by Health Net ~~during~~<u>within</u> the last four years, please read this notice. A class action lawsuit may affect your legal rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- <u>A </u>Customer Service Representative<u>, Shaunetta Eddings, has</u> ~~have~~ sued Health Net, Inc. and its subsidiaries (collectively referred to herein as "Health Net") claiming that <u>due to Health Net's rounding system of timekeeping, Health Net</u> failed to pay all of the wages owed to her~~them~~. <u>Ms. Eddings claims, in her lawsuit, to represent all current and former California customer service representatives who were employed by Health Net at any time during the past four years, and all customer service representatives who were employed by Health Net nationwide during the past three years.</u> Health Net denies that its<u> rounding system resulted in improper payment to</u> ~~has improperly paid~~ any current or former employees, and denies that any current or former employees are entitled to any additional compensation or other relief.

- The Court has <u>conditionally</u> ~~certified~~<u>certified a collective action under federal law, as described below, and certified a State Law Class, as described below</u>~~two classes of Customer Service Representatives:~~

  - ➢ **The Federal Law Class:** An "opt-in" <u>conditionally certified </u>class for unpaid overtime <u>due to Health Net's system of rounding,</u> under the federal Fair Labor Standards Act ("FLSA") defined as "<u>all customer service representatives who worked in Health Net's call centers nationwide within the last three</u>~~four~~ years."

  - ➢ **The State Law Class:** An "opt-out" class under California state law for failure to pay straight-time wages, failure to pay overtime wages, failure to pay all compensation due and owing at termination, failure to provide accurate wage statements, and unfair competition, <u>due to Health Net's system of rounding. This class is </u>defined as "<u>all current and former customer service representatives who worked at Health Net's California call centers within the last four years.</u>"

- The Court has not decided who is right and who is wrong. Your legal rights may be affected and you are now entitled to make a choice whether to participate in one or both of the classes.

- Please note you have a right to participate in both the federal <u>law collective action </u>and the state law class actions<u>,</u> or you can choose not to participate in one or either.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **IF YOU WANT TO PARTICIPATE IN THE FEDERAL LAW CLASS** | If you want to be included in the Federal Law Class, then you must complete the "Consent to Join" form at the end of this Notice and return it by [90<u>60</u> days from <u>date of mailing of </u>notice]. |
| | If you choose to be included in this <u>c</u>ollective action~~lass~~, you ~~keep~~<u>have</u> the possibility of <u>receiving</u>~~getting~~ money or benefits that may come from a trial or a settlement of the federal law claims, and you give up any rights to separately sue Health Net about the same legal claims in this lawsuit. |
| | <u>If you timely submit a Consent to Join form, your continued right to participate in this action will depend upon a later decision by the Court that you and the named Plaintiff are "similarly situated" in accordance with applicable laws, and that it is appropriate for this case to proceed as a collective action.</u> ~~You will only be included in the Federal Law Class if you timely submit a Consent to Join form.~~ If you do not timely submit a Consent to Join form, you will not be included in the Federal Law Class <u>if the Court determines that it is appropriate for this case to proceed as a collective action</u>. |

Formatted: Header distance from edge:

| | |
|---|---|
| **IF YOU WANT TO PARTICIPATE IN THE STATE LAW CLASS** | If you want to participate in the California State Law Class, then you do not need to do anything. You will automatically be included in the State Law Class unless you timely file an "Opt-Out" form. |
| | If you choose to be included in the California State Law Class, you keephave the possibility of receivinggetting money or benefits that may come from a trial or a settlement of the California state law claims, and you give up any rights to separately sue Health Net about the same legal claims in this lawsuit under California state law. |
| | If you do not want to participate or be included in the California State Law Class, then you must complete the "Opt-Out" form at the end of this Notice and return it by [9060 days from date of mailing of notice]. |
| | By mailing in the "Opt-Out" form, you give up the possibility of getting money or benefits that may come from a trial or settlement of the California state law claims. You keep any rights to sue Health Net separately about the same legal claims in this lawsuit, andbut the limitations period on your claim continues to run. |
| **IF YOU WANT TO PARTICIPATE IN BOTH CLASSES** | In order to be included in the collective actionFederal Law Class, you must complete the "Consent to Join" form at the end of this Notice and return it by [9060 days from the date of mailing of notice].   This is the only form you must submit to be included in both the federal and state action.classes.  To participate in the California State Law Class, you do not need to do anything. You will automatically be included in the State Law Class unless you timely file an "Opt-Out" form. |
| | If you choose to be included in both the federal and the state actionclasses, you havekeep the possibility of receivinggetting money or benefits that may come from a trial or a settlement of both the state and federal law claims (although if the lawsuit is successful you would only be paid once for the same claim), and you give up any rights to separately sue Health Net aboutfor the same legal claims in this lawsuit. |
| **IF YOU DO NOT WANT TO PARTICIPATE IN THIS CASE AT ALL** | If you do not want to participate in this case at all, then you must complete the "Opt-Out" form at the end of this Notice and return it by [9060 days from the date of mailing of notice].  Do ., and do not submit a Consent to Join form. |
| | By mailing in the "Opt-Out" form and not submitting a Consent to Join form, you give up the possibility of receivinggetting money or benefits that may come from a trial or settlement of any of the claims in this lawsuit. You keep any rights to sue Health Net separately about the same legal claims in this lawsuit, butand the limitations period on your claim continues to run. |

- Your options are explained in this notice. **The deadline for mailing in either the "Consent to Join" or "Opt-Out" forms at the end of this Notice is [9060 days from the date of mailing of notice].**
- Depending on what you choose to do, you will be notified about how to ask for a share if money or benefits are obtained from Health Net either through a trial or settlement.

### This notice contains information that affects your rights.  Please read it carefully.

1.  **Why did I get this notice?**

Health Net's records show that you currently or previously worked for Health Net as a Customer Service Representative. This notice explains that the Court has allowed, or "certified" a class action lawsuit that may

affect you. You have legal rights and options that you may exercise before the Court holds a trial. A trial may be necessary to decide whether the claims being made against Health Net are correct. The Honorable Josephine Staton Tucker, a Judge in the United States District Court for the Central District of California is overseeing this lawsuit. The lawsuit is known as *Eddings v. Health Net, Inc., et al.,*, Case No. CV 10-1744-JST (MANx).

**2.      What is this lawsuit about?**

This lawsuit is about whether Health Net rounding system resulted in failure ~~failed~~ to properly pay its Customer Service Representatives for the time that they worked.

**3.      What is a class action and who is involved?**

In a class action lawsuit, one or more persons sue on behalf of other people who have similar claims. All persons~~employees~~ who decide to participate in the case are a "Class" or "Class Members."  The Customer Service Representative who sued, Shaunetta Eddings, and each person who does not opt out of the lawsuit ~~and all of the Class Members like her  are~~ is ~~called a~~ Plaintiffs.  Health Net and its subsidiaries are called Defendants.  One court resolves the issues for everyone.

**4.      What is Health Net's position?**

Health Net denies that it has improperly paid any current or former employees, and denies that any current or former employees are entitled to any additional compensation or other relief.

**5.      Has the Court decided who is right?**

The Court has not decided whether Health Net or the ~~Plaintiffs~~Plaintiff are correct. By establishing the Class and issuing the Notice, the Court is not suggesting that the ~~Plaintiffs~~Plaintiff will win or lose the case.

**6.      What ~~are~~is the Plaintiffs asking for?**

~~Plaintiffs~~Plaintiff ~~are~~is seeking to recover unpaid wages and overtime. Plaintiffs also seek~~s~~ monetary penalties under California law for failure to pay all compensation due and owing at termination, and failure to provide accurate wage statements. Plaintiffs also seek~~s~~ restitution of the amounts owed under California's unfair competition laws.  Plaintiffs also seek~~s~~ recovery of costs and attorneys' fees.

**7.      Can I join this lawsuit?**

If you were employed by Health Net in California as a Customer Service Representative during~~in~~ the last four years, you are eligible to join this lawsuit. Both current and former employees are eligible to join.

**8.      I'm still not sure if I am included.**

If you are still not sure whether you are included or what you need to do, you can get free help by calling or writing the lawyers in this case, at the phone number or address listed below.

**9.      What happens if I choose not to participate in this lawsuit?**

If you choose not to participate in this lawsuit, you will not be affected by any ruling, judgment or settlement rendered in this case, whether favorable or unfavorable. If any amounts are recovered by Plaintiff as part of this lawsuit, ~~Y~~you will not be entitled to share ~~any amounts recovered by Plaintiffs as part of this lawsuit~~in them. You also will be free to independently retain your own counsel and file your own individual lawsuit, subject to any defenses that might be asserted.

You should be aware that FLSA claims are typically limited to a two- or three-year statute of limitations, and delay in joining this action, or proceeding separately, may result in some or all of your federal claims expiring as a matter of law. You should also be aware that the California claims are limited to a four-year statute of limitations, and declining to participate in this lawsuit by opting out, or proceeding separately, may result in some or all of your claims expiring as a matter of law.

**10.      What happens if I participate in the lawsuit?**

If you choose to fully participate in this lawsuit, you will be bound by any ruling, settlement or judgment, whether favorable or unfavorable. You will also be bound by, and will share in, any settlement that may be reached on behalf of the class. By joining this lawsuit, you designate the named Plaintiff, Shaunetta Eddings, ~~to the fullest extent possible,~~ to make all decisions on your behalf concerning the case, including but not limited to

the method and manner of conducting the case, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, the approval of settlements, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into will be binding on you if you join the lawsuit. While this suit is pending, you may be required to provide information, appear for a deposition or at trial, or otherwise participate in the action. You are also permitted to attend any hearings in this matter.

**11.     Where do I send the forms at the end of this Notice and what is the deadline?**

If you choose to participate **only in the federal FLSA** collective action~~less~~ in this lawsuit, **you must sign and promptly return both the "Consent to Join Form" and the "Opt-Out Form."** An addressed and postage paid envelope is enclosed for your convenience.

If you choose to participate in **both the federal FLSA** collective action~~less~~ **and the state law class**, you must sign and promptly return the "Consent to Join Form,"; but **do not return** the Opt-Out Form.

If you choose to participate only in the state law class in this lawsuit, **you do not need to send in either Form.** Should the enclosed envelope be lost or misplaced, the form you choose must be sent to:

**Health Net Litigation**
**Stueve Siegel Hanson LLP**
**460 Nichols Road, Suite 200**
**Kansas City, Missouri 64112**

The signed Consent to Join Fform and/or the signed Opt-Out Form must be postmarked by [~~90~~60 days from the date of mailing]. **If your signed Consent to Join Form is not postmarked by [~~90~~60 days from the date of mailing], you will not participate in any FLSA recovery obtained against Health Net in this lawsuit.** If your signed Opt-Out Form is not postmarked by [60 days from the date of mailing], you will be bound by any ruling, settlement or judgment in this case, whether favorable or unfavorable.

*Formatted: Font: Bold*

**12.     Do I have a lawyer in this case?**

If you choose to join this lawsuit you will be represented by George A. Hanson, Eric L. Dirks, and Jason M. Lindner of Stueve Siegel Hanson LLP.

**13.     Should I get my own lawyer?**

If you choose to be a member of either or both of the classes, you do not need to hire your own lawyer for those claims because Plaintiff's counsel will be working on your behalf. If you want your own lawyer, you may have to pay that lawyer and will have to file your own separate lawsuit.

**14.     How will the lawyers be paid?**

The named Plaintiff~~Plaintiffs~~ has~~have~~ entered into a contingency fee agreement with Plaintiff's counsel, which means that if you do not win, there will be no attorneys' fees or costs chargeable to you. Under the fee agreement, in the event there is a recovery, Plaintiff's counsel will receive a percentage of any settlement obtained or money judgment entered in favor of all members of the class. The Court may also be asked to determine the amount of fees. The fees may be part of a settlement obtained or money judgment entered in favor of Plaintiffs, or may be ordered by the Court to be separately paid by Health Net, or may be a combination of the two.

**15.     How will I get paid?**

If you choose to become a member of the California class, and if the Plaintiffs obtains money or benefits as a result of the trial or a settlement, you will be notified of your entitlement to recovery and how to obtain it. If you choose to become a member of the FLSA collective action, and if the Court determines that you and the named Plaintiff are "similarly situated" in accordance with applicable laws and that it is appropriate for this case to proceed as a collective action, and if the Plaintiff obtains money or benefits as result of the trial or a settlement, you will be notified of your entitlement to recovery and how to obtain it.

**16.     Are there more details available?**

Yes. If you have any questions or require additional information, please contact any of the following

*Formatted Table*

individuals:

Attorneys representing the Plaintiff:

George A. Hanson, Attorney
Eric L. Dirks, Attorney
**Stueve Siegel Hanson LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
866-668-9241

Jason M. Lindner, Attorney
**Stueve Siegel Hanson LLP**
550 West C Street, Suite 600
San Diego, CA 92101
619-400-5822

Attorney representing Health Net:

Tina M. Tran
Orrick, Herrington & Sutcliffe
777 South Figueroa Street, Suite 3200
Los Angeles, CA 60017
213-629-2020

*A federal court authorized this notice.  This is not a solicitation from a lawyer. Please do NOT contact the Court regarding this notice.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SHAUNETTA EDDINGS, individually and on behalf of a class of similarly situated individuals,<br><br>            Plaintiff,<br><br>v.<br><br>HEALTH NET, INC.; HEALTH NET OF CALIFORNIA, INC.; HEALTH NET FEDERAL SERVICES, LLC; MANAGED HEALTH NETWORK, INC.; HEALTH NET OF THE NORTHEAST, INC.; HEALTH NET PHARMACEUTICAL SERVICES, INC.,<br><br>            Defendants. | Case No. 10-CV-01744 JST (MANx)<br><br>**CONSENT TO JOIN** |

     I WANT TO JOIN THIS LAWSUIT pending in the United States District Court for the Central District of California, No. 10-CV-01744 JST (MANx). I understand that this lawsuit seeks unpaid overtime compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. While the suit is proceeding, I may be required to respond to written questions, produce documents, give deposition testimony, and/or testify in Court. By joining this lawsuit, I designate Shaunetta Eddings as my representative, and to the fullest extent possible, to make decisions on my behalf concerning the case, the method and manner of conducting the case, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, the approval of settlements, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose

to be represented by Class Counsel from Stueve Siegel Hanson LLP, and other attorneys with whom they may associate.

_____
SIGNATURE

DATED: _____

_____
[Please print your name on the line above]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SHAUNETTA EDDINGS, individually and on behalf of a class of similarly situated individuals,<br><br>                 Plaintiff,<br><br>v.<br><br>HEALTH NET, INC.; HEALTH NET OF CALIFORNIA, INC.; HEALTH NET FEDERAL SERVICES, LLC; MANAGED HEALTH NETWORK, INC.; HEALTH NET OF THE NORTHEAST, INC.; HEALTH NET PHARMACEUTICAL SERVICES, INC.,<br><br>                 Defendants. | Case No. 10-CV-01744 JST (MANx)<br><br>**OPT-OUT FORM FOR CALIFORNIA STATE LAW CLAIMS** |

I wish to opt-out of the state law class. I understand that by mailing in this "Opt-Out" form, I give up the possibility of getting money or benefits that may come from a trial or settlement of the California state law claims. I understand that I may be able keep any rights to sue Health Net separately about the state law claims in this lawsuit, but the limitations period on my claim continues to run. I understand that any separate lawsuit undertaken by me will be undertaken at my own expense and my own risk. By opting out, I understand that counsel for the class will not represent my interests.

_____
SIGNATURE

DATED: _____

_____
[Please print your name on the line above]