STUEVE SIEGEL HANSON LLP
Jason M. Lindner (SBN No. 211451)
550 West C Street, Suite 1750
San Diego, California 92101
Phone: (619) 400-5822
Fax: (619) 400-5832
lindner@stuevesiegel.com

STUEVE SIEGEL HANSON LLP
George A. Hanson (MO Bar #43450)
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
hanson@stuevesiegel.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| SHAUNETTA EDDINGS, individually and on behalf of a class of similarly situated individuals,<br><br>                    Plaintiff,<br>    v.<br><br>HEALTH NET, INC.; HEALTH NET OF CALIFORNIA, INC.; HEALTH NET FEDERAL SERVICES, LLC; MANAGED HEALTH NETWORK, INC.; HEALTH NET OF THE NORTHEAST, INC.; HEALTH NET PHARMACEUTICAL SERVICES, INC.,<br><br>                    Defendants. | Case No. 10-CV-01744 JST (RZx)<br><br>**PLAINTIFF'S UNOPPOSED APPLICATION FOR ATTORNEYS FEES, COSTS, AND SERVICE AWARD**<br><br>Date: May 31, 2013<br>Time: 2:30 p.m.<br>Dept: 10A<br>Judge: Hon. Josephine S. Tucker |

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on May 31, 2013 at 2:30 p.m., or as soon thereafter as this matter may be heard, before the Honorable Josephine S. Tucker, Plaintiff Shaunetta Eddings will move this Court for an order approving an award of 25% of the Settlement Fund (or $150,000) as attorneys' fees, an award of costs and expenses of $130,174.43, a service payment to named plaintiff Shaunetta Eddings of $6,000 for pursuing this case and representing the interests of the Class, and a payment for administration of the settlement to Simpluris, Inc., the Settlement Administrator, in the amount of $25,000. This application is brought for the following reasons, as demonstrated by the attached declaration of Jason M. Lindner, and the Memorandum of Points and Authorities filed herewith and any oral and/or documentary evidence presented at the time of the hearing of this matter:

1. The requested award of fees is fair and reasonable, based upon the benchmark established by the Ninth Circuit, the results achieved, the risk of litigation, the contingent nature of the fee and the financial burden carried by Class Counsel, the skill and nature of the work involved, awards made in similar cases, and other relevant case law.

2. The requested award of costs and expenses is fair and reasonable based upon the actual costs and expenses incurred by Class Counsel in this case.

3. The requested service award is fair and reasonable based upon the risk to the class representative in commencing suit, the notoriety and personal difficulties encountered by the class representative, the amount of time and effort spent by the class representative, the duration of the litigation, and the personal benefit (or lack thereof) enjoyed by the class representative as a result of the litigation.

4. The requested payment for administration is fair and reasonable and reflects a necessary administrative expense for the settlement.

WHEREFORE, for the reasons set forth above and in Plaintiff's Memorandum, Plaintiff requests that the Court enter its Order approving an award of 25% of the Settlement Fund (or $150,000) as attorneys' fees, an award of costs and expenses of $130,174.43, a service payment to named plaintiff Shaunetta Eddings of $6,000 for pursuing this case and representing the interests of the Class, and a payment for administration of the settlement to Simpluris, Inc. the Settlement Administrator, in the amount of $25,000.

Dated: April 5, 2013                                      Respectfully submitted,

By: s/ Jason M. Lindner
Jason M. Lindner
STUEVE SIEGEL HANSON LLP
550 West C Street, Suite 1750
San Diego, California 92101
Tel: (619) 400-5822
Fax: (619) 400-5832

George A. Hanson
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

*Attorneys for Plaintiff*